**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

OTIS LOWERY,

        Plaintiff,

v.                                    Case No: 6:17-cv-359-Orl-40GJK

THE AUTO CLUB GROUP, INC.,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on the parties' Joint Renewed Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice (Doc. 48) filed on July 7, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to Report & Recommendation (Doc. 50) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 3, 2017 (Doc. 49), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Renewed Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice (Doc. 48) is **GRANTED**.

3. The Settlement Agreement (Doc. 48-1) is **APPROVED** to the extent that the Court finds the Agreement to be a fair and reasonable resolution of Plaintiff's claims.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 4, 2017.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties